# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2015

## NO. 03-15-00285-CV

**Volkswagen Group of America, Inc.; and Audi of America, Inc., Appellants**

**v.**

**John Walker III, in his Official Capacity as Chairman of the Texas Department of Motor Vehicles Board; the Honorable Michael J. O'Malley, the Honorable Penny A. Wilkov, in their Official Capacities as Administrative Law Judges for the State Office of Administrative Hearings; Ricardo M. Weitz; Budget Leasing, Inc. d/b/a Audi North Austin; Hi Tech Imports South, LLC; and Hi Tech Imports North, LLC, Appellees**

## APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order on defendant Walker's plea to the jurisdiction and the order on defendants O'Malley and Wilkov's plea to the jurisdiction signed by the district court on April 30, 2015. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and the court below.